E. MARTIN ESTRADA  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
ELIZABETH LANDGRAF, CSBN 313184  
Special Assistant United States Attorney  
    Office of Program Litigation, Office 7  
    Office of the General Counsel  
    Social Security Administration  
    6401 Security Boulevard  
    Baltimore, MD 21235  
    Tel: 510-970-4828  
    E-mail: Elizabeth.Landgraf@ssa.gov  

Attorneys for Defendant  

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION  

MICHELLE BURSE,

    Plaintiff,

v.

MARTIN O'MALLEY,[1]

Acting Commissioner of Social Security,

    Defendant.

No. 2:23-cv-09053-HDV-SHK

[~~PROPOSED~~] JUDGMENT OF REMAND

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 3/22/24

HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE